UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


BENJAMIN WALKER,

       Plaintiff,

v.                                                                      Case No. 2:05-cv-142
                                                                        HON. ROBERT HOLMES BELL

UNKNOWN STASEWICH,

       Defendant.

_____/


**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States

Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties,

and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.      The Report and Recommendation of the Magistrate Judge (Docket #22) is approved

and adopted as the opinion of the Court.

2.      Defendant's motion to dismiss without prejudice (Docket #13) is GRANTED and

plaintiff's motion to amend complaint (Docket #13) is DENIED.

3.      The Court can discern no good-faith basis for an appeal.  Accordingly, an appeal of

this action would not be taken in good faith.


Date:     June 9, 2006          /s/ Robert Holmes Bell_____
                                     ROBERT HOLMES BELL
                                     CHIEF UNITED STATES DISTRICT  JUDGE